JS-6

1

2

3

4

5

6

7                **UNITED STATES DISTRICT COURT**

8          **CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

9

CYNTHIA L. A.,[1]                              Case No. EDCV 24-00290-AS

10                Plaintiff,

11                                             **JUDGMENT**

      v.

12

CAROLYN COLVIN,[2] Acting
13 Commissioner of Social
Security,

14

                Defendant.

15

16

17

18     IT IS ADJUDGED that this action is DISMISSED with prejudice.

19

Dated: January 3, 2025

20                                      _____
                                                    /s/
21                                             ALKA SAGAR
                                       UNITED STATES MAGISTRATE JUDGE

22

23 _____
      [1]    Plaintiff's name is partly redacted in accordance with
24 Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation
of the Committee on Court Administration and Case Management of
25 the Judicial Conference of the United States.

26     [2]    On November 30, 2024, Carolyn Colvin became the Acting
Commissioner of Social Security, and pursuant to Rule 25(d) of the
27 Federal Rules of Civil Procedure, she is substituted for Martin
O'Malley as the defendant in this case.
28